UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
Phone:  (973) 467-2700
Counsel for GCC Investment Holdings LLC,
Grizzly RE, LLC and NEO Mfg. MA, LLC
DONALD W. CLARKE, ESQ.
dclarke@genovaburns.com

| | |
|---|---|
| In Re:<br>DARYL FRED HELLER,<br><br>                                     Debtor.                           .<br>DARYL FRED HELLER,<br><br>                                     Plaintiff,<br>v.<br>DEERFIELD CAPITAL, LLC,<br><br>                                     Defendant. | Case No.:     25-11354(JNP)<br><br>Chapter:      11<br><br>Judge:        Jerrold N. Poslusny Jr.<br><br><br><br><br><br>Adv. Pro. No.: 25-01038(JNP) |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of GCC Investment Holdings LLC, Grizzly RE, LLC, and NEO Mfg. MA, LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Donald W. Clarke, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
(973) 387-7804
DClarke@genovaburns.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: March 19, 2025                                             */s/  Donald W. Clarke*
                                                                          Signature