| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-1*<br><br>Ciardi Ciardi & Astin<br>Albert A. Ciardi, III, Esquire<br>Daniel S. Siedman, Esquire<br>1905 Spruce Street,<br>Philadelphia, PA 19103<br>Telephone: 215-557-3550<br>Facsimile: 215-557-3551<br>aciardi@ciardilaw.com<br>dsiedman@ciardilaw.com | |
| *In re:*<br><br>  Daryl Fred Heller<br><br>                    Debtor. | Chapter 11<br><br>Case No. 25-11354<br><br>Honorable Jerrold N. Poslusny, Jr. |
| Daryl Fred Heller,<br><br>                    Plaintiff,<br>    Vs.<br><br>Deerfield Capital, LLC<br><br>                    Defendant. | Adv. Pro. No. 25-01038 (JNP) |

### ENTRY OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **Deerfield Capital, LLC**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        **ADDRESS**:   Ciardi Ciardi & Astin
                           Albert A. Ciardi, III, Esquire
                           1905 Spruce Street
                           Philadelphia, PA  19103
                           (215) 557-3550 office / (215) 557-3551 fax
                           aciardi@ciardilaw.com

        **DOCUMENTS**:
                           __XX__  All notices entered pursuant to Fed. R. Bankr. P. 2002.
                           __XX__  All documents and pleadings of any nature.

Date: __3/24/25__                                            */s/ Albert A. Ciardi, III, Esquire*
                                                                            Signature